## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

TYRESE DREW,

      **Plaintiff,**

**v.**

**CORECIVIC, Inc., et al.,**

      **Defendants.**

Case No. CIV-23-286-RAW-JAR

## PLAINTIFF'S PRELIMINARY WITNESS LIST

   Plaintiff hereby submits the following list of witnesses which may testify at trial in the above style matter.

| No. | WITNESS | ANTICIPATED TESTIMONY | WILL CALL | MAY CALL IF NEED ARISES |
|---|---|---|---|---|
| 1. | Tyrese Drew, Plaintiff c/o Jim Buxton & Laurie Koller | It is anticipated that Ms. Drew will testify to the subject incident, her medical care and treatment and future damages. | X | |
| 2. | Shavona Hawkins c/o Jim Buxton & Laurie Koller | It is anticipated that Mrs. Hawkins will testify to the Ms. Drew's before and after the subject incident as well as Ms. Drew's medical care and treatment and future damages. | X | |
| 3. | Corporate Representative c/o Darrell Moore | It is anticipated that the corporate representative will testify as to policies and procedures for CoreCivic, Inc. | X | |

| 4. | Warden Noorwood c/o Darrell Moore | It is anticipated that Mr. Noorwood will testify as to the policies and procedures at Davis Correctional, as well as the investigation into the subject incident. | X | |
|----|-----------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|
| 5. | Gabe Wainscott c/o Oklahoma Department of Corrections | It is anticipated that Mr. Wainscott will testify as to his involvement in the subject incident. | X | |
| 6. | Alexander Barrett c/o Oklahoma Department of Corrections | It is anticipated that Mr. Barrett will testify as to his involvement in the subject incident. | X | |
| 7. | Caleek Moore c/o Oklahoma Department of Corrections | It is anticipated that Mr. Moore will testify as to his involvement in the subject incident. | X | |
| 8. | Correctional Officer Noah Hardin | It is anticipated that Mr. Hardin will testify as to his knowledge of the subject incident. | | X |
| 9. | Correctional Officer Leah Scott | It is anticipated that Ms. Scott will testify as to her knowledge of the subject incident. | | X |
| 10. | Correctional Officer Jeremy McConnell | It is anticipated that Mr. McConnell will testify as to his knowledge of the subject incident. | | X |
| 11. | Correctional Officer David Dellinger | It is anticipated that Mr. Dellinger will testify as to his knowledge of the subject incident. | | X |
| 12. | Correctional Officer Christopher Diaz | It is anticipated that Mr. Diaz will testify as to his knowledge of the subject incident. | | X |
| 13. | Correctional Officer Brandi Sipes | It is anticipated that Ms. Sipes will testify as to her knowledge of the subject incident. | | X |
| 14. | Correctional Counselor Lisa Nichols | It is anticipated that Ms. Nichols will testify as to her knowledge of the subject incident. | | X |

| 15. | Correctional Officer Kathleen Moritz | It is anticipated that Ms. Moritz will testify as to her knowledge of the subject incident. | | X |
|---|---|---|---|---|
| 16. | Correctional Officer Jessi Earnest | It is anticipated that Mr. Earnest will testify as to his knowledge of the subject incident. | | X |
| 17. | Correctional Officer Brian Stay | It is anticipated that Mr. Stay will testify as to his knowledge of the subject incident. | | X |
| 18. | Correctional Officer Tristan Strong | It is anticipated that Mr. Strong will testify as to his knowledge of the subject incident. | | X |
| 19. | Unit Manager Allen Collins | It is anticipated that Mr. Collins will testify as to his knowledge of the subject incident. | | X |
| 20. | Lisa Cathey, LPN | It is anticipated that Ms. Cathey will testify as to the medical care and treatment rendered to Plaintiff on the day of the subject incident. | | X |
| 21. | Gloria Goodwin, LPN | It is anticipated that Ms. Goodwin will testify as to the medical care and treatment rendered to Plaintiff on the day of the subject incident. | | X |
| 22. | Jasmyn Alexander, LPN | It is anticipated that Ms. Cathey will testify as to the medical care and treatment rendered to Plaintiff on the day of the subject incident. | | X |
| 23. | Inmate Kurtis Simmons c/o Oklahoma Department of Corrections | It is anticipated that Mr. Simmons will testify as to his knowledge and involvement in the subject incident. | X | |
| 24. | Correction Officer William Barneck II | It is anticipated that Mr. Barneck will testify as to his knowledge of the subject incident. | | X |

| 25. | Corrections Officer Jerome Ferguson | It is anticipated that Mr. Ferguson will testify as to his knowledge of the subject incident. | | X |
|---|---|---|---|---|
| 26. | Corrections Officer Christopher Juarez | It is anticipated that Mr. Juarez will testify as to his knowledge of the subject incident. | | X |
| 27. | Corrections Officer Nicolaus Miller | It is anticipated that Mr. Miller will testify as to his knowledge of the subject incident. | | X |
| 28. | Corrections Officer H. Walters | It is anticipated that Ms. Walters will testify as to her knowledge of the subject incident. | | X |
| 29. | Any and all healthcare providers who rendered care to Plaintiff at Hughes County EMS. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |
| 30. | Any and all healthcare providers who rendered care to Plaintiff at Air Evac. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |
| 31. | Any and all healthcare providers who rendered care to Plaintiff at OU Medical Center. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |
| 32. | Any and all healthcare providers who rendered care to Plaintiff at Lindsay Municipal Hospital. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |
| 33. | Any and all healthcare providers who rendered care to Plaintiff at Northwinds Living Center. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |
| 34. | Any and all healthcare providers who rendered care to Plaintiff at Integris. | It is anticipated that they will testify as to Plaintiff's injuries as well as her care and treatment of said injuries. | | X |

| 35. | Dr. Shawn Smith<br>5100 Brookline, Suite 500<br>Oklahoma City, OK 73112 | Expert Witness. It is anticipated that Dr. Smith will testify as to Plaintiff's injuries and medical treatment and prognosis. | X | |
|-----|---|---|---|---|
| 36. | Expert Witness<br>Unknown at this time | Expert Witness. It is anticipated that this expert will testify as to the policies and procedures of prisons like Davis Correctional. | X | |
| 37. | Marty Garrison, Facility Investigator at<br>Davis Correctional Facility | It is anticipated that Mr. Garrison will testify as to his knowledge of the subject incident. | | X |
| 38. | Spencer King, Investigator<br>Department of Corrections | It is anticipated that Mr. King will testify as to his knowledge of the subject incident. | | X |
| 39. | Kevin Brown, Security<br>Davis Correctional Facility | It is anticipated that Mr. Brown will testify as to his knowledge of the subject incident. | | X |
| 40. | Any witnesses needed to identify and/or authenticate an exhibit or document to the extent not objected to by Plaintiff. | | | |
| 41. | All witnesses listed and/or endorsed by Defendant whether called at trial or not, and to the extent not objected to by Plaintiff. | | | |
| 42. | All witnesses for the purpose of rebuttal, to the extent not objected to by Plaintiff. | | | |
| 43. | Expert Witness<br>Life Care Planner<br>Unknown at this time | Expert Witness. It is anticipated that this expert will testify as to the future financial and medical care needs of the Plaintiff. | | X |

Respectfully submitted,

*/s/Jim Buxton*
Jim Buxton, OBA #19057
Buxton Law Group
511 Couch Drive, Suite 300
Oklahoma City, OK 73102
jim@buxtonlawgroup.com

-and-

A.  Laurie Koller, OBA #16857
Ashley Leavitt, OBA #32818
Koller Trial Law, PLLC
2504 E. 21 St., Suite B
Tulsa, OK 74114
laurie@kollertriallaw.com
ashley@kollertriallaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF EFC FILING/SERVICE

I certify that on the 12th day of January 2024, I caused to be filed electronically the foregoing document to the Clerk of the Court using the ECF system.

Darrell L. Moore

*/s/ Jim Buxton*
JIM BUXTON