IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    TYRESE DREW,<br><br>      Plaintiff,<br><br>v.<br><br>(1) CORECIVIC, INC., a foreign<br>for-profit business corporation;<br>(2) JOSEPH NORWOOD, in his official<br>and individual capacities; and<br>(3) DEFENDANTS DOES 1-10,<br><br>      Defendants. | Case No.: CIV-23-286-RAW-JAR |

**NOTICE OF SUBPOENA FOR PRODUCTION OF
RECORDS FROM NON-PARTY**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiff, Tyrese Drew, intends to serve a Subpoena, in the form attached hereto as Exhibit 1, to:

**Oklahoma Department of Corrections
3400 North Martin Luther King Avenue
Oklahoma City, OK 73111**

Such subpoena shall be served on 8/8/2024 or as soon thereafter as service may be effectuated.

Respectfully submitted,

/s/ Jim Buxton
Jim Buxton, OBA #19057
BUXTON LAW GROUP
511 Couch Drive, Suite 300
Oklahoma City, OK 73102
*jim@buxtonlawgroup.com*

-and-

A. Laurie Koller, OBA #16857
Ashley Leavitt, OBA #32818
KOLLER TRIAL LAW
2504 E. 21st St., Suite B
Tulsa, OK 74114
*laurie@kollertriallaw.com*
*ashley@kollertriallaw.com*

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2024, the above and foregoing document was transmitted by electronic mail to all counsel of record:

Darrell L. Moore
J. RALPH MOORE, PC
*darrellmoore@jralphmoorepc.com*
**Attorney for Defendant CoreCivic, Inc.**

/s/ Jim Buxton
JIM BUXTON